Francis J. Lanak, Esq. (Bar No. 43487)
Nicholas P. Carrigan, Esq. (Bar No. 249584)
Members of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Facsimile: (714) 703-1610
flanak@lanak-hanna.com
npcarrigan@lanak-hanna.com

Attorneys for Defendants
MARNE-TEEHEE, a Joint Venture; MARNE CONSTRUCTION, INC., a California corporation; TEEHEE ENGINEERING, INC., a California corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN LAND MECHANICAL, INC., a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>MARNE-TEEHEE, a Joint Venture; MARNE CONSTRUCTION, INC., a California corporation; TEEHEE ENGINEERING, INC., a California corporation,; THE GUARANTEE COMPANY OF NORTH AMERICA USA, a surety,<br><br>     Defendants. | CASE NO.: 18-CV-01483-H-AGS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OFF SERVICE LIST**<br><br>Assigned Judge: Marilyn L. Huff<br>Magistrate Judge: Andrew G. Schopler |
| MARNE-TEEHEE, a Joint Venture; MARNE CONSTRUCTION, INC., a California corporation; TEEHEE ENGINEERING, INC., a California corporation,<br><br>     Counter-Claimants<br><br>v.<br><br>SOUTHERN LAND MECHANICAL, INC., a California corporation,<br><br>     Counter-Defendant | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Chad M. Wilson, Esq., removes his name from the docket of this case, and there is another member of the firm of Lanak & Hanna, P.C. who is a member of the Bar of this Court, whom will continue to serve as counsel of record for the party or parties indicated. Therefore, the email address of cmwilson@lanak&hanna.com is taken off the service list.

DATED: September 18, 2018       LANAK & HANNA, P.C.

By: s/Chad M. Wilson
FRANCIS J. LANAK
NICHOLAS P. CARRIGAN
CHAD M. WILSON
Attorneys for Defendants
MARNE-TEEHEE, a Joint Venture; MARNE CONSTRUCTION, INC., a California corporation; TEEHEE ENGINEERING, INC., a California corporation

Email: cmwilson@lanak-hanna.com

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
RE: SOUTHERN LAND MECHANICAL, INC., V. MARNE-TEEHEE, ET AL.,
CASE NO: 3:18-cv-01483-H-AGS
OUR FILE NO. 25110

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action; my business address is 625 The City Drive South, Suite 190, Orange, CA 92868. On September 18, 2018, I served the foregoing document(s) described as **NOTICE OF WITHDRAWAL OF COUNSEL OFF SERVICE LIST** on all interested parties to this action by delivering

[x]     a copy                    [ ]     an original

thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED SERVICE LIST

[x]     **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached service list.

[x]     (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]     (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on September 18, 2018, at Orange, California.

s/ Angela M. Corbett
Angela M. Corbett

Email: amcorbett@lanak-hanna.com

{2684 25110}                                    1

## SERVICE LIST

Gregory J. Hout, Esq.  
Law Offices of Gregory J. Hout  
12396 World Trade Drive, Suite 206  
San Diego, CA 92128  
Tel: 858-946-6658  
Fax: 858-946-6656  
ghout@houtlaw.com

Attorneys for Plaintiff  
SOUTHERN LAND MECHANICAL, INC., a California corporation